# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KAREN PERKO,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
Appellee.

No. 4D16-0641

[July 20, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. 2005-16050 (07).

Kenneth J. McKenna of Dellecker Wilson King McKenna Ruffier & SOS, a LLP, Orlando, for appellant.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and CYNAMON, ABBY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***